IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| GEORGE YARID, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:14CV112–HEH |
| | ) |
| LAYTON HARMAN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

ORDER
(Granting Plaintiff's Motion to Proceed *In Forma Pauperis*
and Dismissing the Complaint)

THIS MATTER is before the Court on Plaintiff's Application to Proceed *In Forma Pauperis* (ECF No. 1), filed on February 18, 2014. Upon due consideration, the Court concludes that Plaintiff is unable to pay the required fees and therefore, Plaintiff's Application to Proceed *In Forma Pauperis* is hereby GRANTED. Plaintiff may proceed in this case without paying the Court's filing fee. The Clerk is directed to file the Complaint.

The Court has also reviewed the Complaint submitted with the application. *Pro se* complaints are afforded a liberal construction. *Laber v. Harvey*, 438 F.3d 404, 413 n.3 (4th Cir. 2006). However, the court need not attempt "to discern the unexpressed intent of the plaintiff." *Id.* Nor does the requirement of liberal construction excuse a clear failure in the pleading to allege a federally cognizable claim. *Weller v. Dep't of Soc. Servs.*, 901 F.2d 387 (4th Cir. 1990). As the Fourth Circuit explained in *Beaudett v. City of Hampton*, "[t]hough [*pro se*] litigants cannot, of course, be expected to frame legal

issues with the clarity and precision ideally evident in the work of those trained in law, neither can district courts be required to conjure up and decide issues never fairly presented to them." 775 F.2d 1274, 1276 (4th Cir. 1985).

Upon due consideration, the Court finds that Plaintiff's Complaint is too vague and conclusory to state a claim upon which relief can be granted and it appears otherwise frivolous. Pursuant to 28 U.S.C. § 1915(e)(2)(B), the Complaint is hereby DISMISSED. This dismissal is WITHOUT PREJUDICE and Plaintiff is free to amplify the factual and legal basis on which his claims rest and refile his claim(s).

Should Plaintiff wish to appeal this Order, written notice of appeal must be filed with the Clerk of Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is directed to send a copy of this Order to Plaintiff, who is *pro se*.

It is so ORDERED.

/s/
Henry E. Hudson
United States District Judge

Date: March 27, 2014
Richmond, VA