

United States District Richmond Division



George Yarid   Plaintif
                Versus                                3:14CV112

Layton Harman , Shon Brennan and Roy Gerbil

Notice of Complaint

      To the honorable active judge that will preside over this upcoming case. I'm filing a complaint and a restraint for my material being uploaded and stolen on the internet. I have been through this process before and tried to show the courts that I had ownership to this material. The abuse on the internet has resurfaced again. The only difference is now I have my work registered with the law library of congress in DC. Proof of registration is on another attachment. Registration number PAu003692089. Title Gorgeous George Show. I'm the owner George Yarid. I'm requesting the courts to take the information given this time and preside over the matter with facts given. I also hope the courts to try the case with the defendants present and summons them. I also respectfully hope the courts to try the case in it's entirety with facts being simply what they are.  I will apply any additional information for the courts usage, upon any other document that is requested of me to do so. I will apply and give the courts what they need to make this easy and simple transition in getting the right, correct and proper verdict to this case at hand.  I will thank the courts in advance for it's cooperation  in this and ask them respectfully to judge without bias.

      Sincerely George Yarid. Copyright owner.

*George Alexander Yarid*

George YARID
1307 Stoney Creek Drive
Richmond, Virginia 23238

Public Catalog
Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = gorgeous george show
Search Results: Displaying 1 of 1 entries
Detailed Record

GORGEOUS GEORGE SHOW .
Type of Work: Motion Picture
Registration Number / Date: PAu003693089 / 2013-08-16
Application Title: GORGEOUS GEORGE SHOW .
Title: GORGEOUS GEORGE SHOW .
Description: 3 videodiscs (DVD)
Copyright Claimant: george alexander yarid, 1968- . Address: 1307 stoneycreek drive, richmond, VA, 23238, United States.
Date of Creation: 2012
Authorship on Application: george alexander yarid, 1968- ; Citizenship: United States.
Authorship: entire motion picture.
Rights and Permissions: george alexander yarid, 1307 stoneycreek drive, richmond, VA, 23238, (█████████) gorgeousgeorgeshow1@netzero.com
Names: yarid, george alexander, 1968-

Please serve the following Defendants to the following addresses

1.) Layton Harmon
4012 Chandler Drive
Wilmington, North Carolina 28405

2.) Shon Brennan
5809 Los Amigos Street
Buena Park, California 90620-2712
(714) 995-6054

3.) Roy Gerbil
564 Richelley Street
Roy, New Mexico 87743