United States Richmond Division

George Yarid Plaintif

Versus

Layton Harmon, Shon Brennan and Roy Gerbil

FILED
APR - 8 2014
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## Motion of Reconsideration

To Judge Hudson presiding over case 3:14-cv 112. For some reason there seems to be confusion of what I'm trying to obtain. It is really simple. I have copyright protection on my television program and these defendants keep uploading my intellectual property without my consent written or verbal. I've never authorize my intellectual property to be distrubuted on google/youtube. I want these individuals to be summons to federal court here in Richmond and pay me monetary value up to 5,000 dollars per individual totaling 15,000 dollars not to exceed. I also request on order for youtube and these defendants for cease and desist order to be granted as well. In my estimation, there should be Jurisdiction in this court, since any federal court can grant this and in the wording of diversity Jurisdiction. Simply stating that the courts can issue it's Jurisdiction and since this is where I reside and live. I also believe fully out of due respect to the courts and honorable Judge Hudson, that this case is not vague and frivilous. I've already stated my purpose for the case and the resolve I'm trying to get accomplish. So in my humble opinion, there needs to be action and the case should be tried in it's entirety.

I respectfully ask the courts for there cooperation and to take the apprionte action to try this case. If needed, I will resite case law, if so needed. Please review and reconsider the ruling in a fair and un bias way. Thanks for help on this matter in advance.

Respectfully Yours
George Yarid

*George Jamil*
4/8/14